371 A.2d 503
Bucher et ux., Appellants, v. Melvin
Kolb, Inc., et al.

Argued September 17, 1976. James P. Coho, with him Marshall M. Cohen, for appellants; Robert H. Reese, Jr., and Arnold, Bricker, Beyer & Barnes, submitted a brief for appellees.

Judgment and order affirmed.

371 A.2d 503
C. V. A., Inc., Appellant, v. Circle
Park Homes, Inc.

Argued September 17, 1976. John J. McCreesh, III, for appellant; Gilbert B. Abramson, with him Eilberg, Corson, Getson & Abramson, for appellee.

Order affirmed.